JAMES G. BLAKE, Appellant, v. FRANK FESTA, Respondent.— Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. [See *ante,* p. 866.]

HERMAN BRUNS, Respondent, v. COCA-COLA BOTTLING COMPANY OF NEW YORK, INC., Appellant.— Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

GRACE COOK, Respondent, et al., Plaintiff, v. H. C. BOHACK Co. INC., Appellant.— Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

WILLIAM E. COOK et al., Doing Business as a Copartnership under the Name of COOK & SALTZ, Respondents, v. BEN WEIR et al., Appellants.— Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

SELMA DALHEIM, Respondent, v. ALVIN DALHEIM, Appellant.— Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

SELMA DALHEIM, Respondent, v. ALVIN DALHEIM, Appellant.— Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

JOHN DALISA, Appellant, v. HELEN P. DUMOFF, Individually and as Executrix of SUE PANNEN, Deceased, et al., Respondents.— Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. [See *ante,* p. 856.]

JUDITH GORDON, Appellant, v. SOLOMON GORDON, Respondent.— Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ.

THERESA IANNELLI, Respondent, v. MORRIS EDER et al., Copartners Doing Business under the Name of CAREFUL HOUSE AND WINDOW CLEANING Co., Appellants, et al., Defendant.— Present — Nolan, P. J., MacCrate, Beldock, Murphy and Ughetta, JJ. [See *post,* p. 1018.]